**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: April 07, 2009**

_____
Guy R. Humphrey
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:  Dwayne Mitchell Stoop,<br><br>*Debtor* | Case No.   05-46452<br><br>Judge Humphrey<br>Chapter 13 |

### ORDER FOR RELEASE OF UNCLAIMED FUNDS

On the application of Cavalry Investments, (the "Claimant") (Docket No. 35) a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. Seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $3,112.63) be paid to the order of American Property Locators, Inc. Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

**IT IS SO ORDERED.**

c:

United States Attorney
Attn: Civil Process Clerk
200 West 2nd Street, Room 602
Dayton, OH 45402

Office of the U.S. Trustee
170 North High Street, Ste 200
Columbus, OH 43215
Case Trustee

Case Trustee
Jeffrey M Kellner
131 N Ludlow St
Suite 900
Dayton, OH 45402

Debtor's Counsel
G. Timothy Dearfield
DEARFIELD, KRUER & COMPANY, LLC
2555 S Dixie Drive, Suite 201
Kettering, OH 45409

Debtor
DWAYNE MITCHELL STOOP
2753 Orchard Run Rd
Dayton, OH 45449

Greg Griffith
American Property Locators, Inc.
3855 S Boulevard, Suite 200
Edmond, OK 73013

###